UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-22163-CIV-LENARD/O'SULLIVAN

CAMILO MANUEL RUIZ AGUILA,

    Plaintiff,

vs.

CLERK OF THE COURT, IMMIGRATION COURT,
et al.,

    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Application to Proceed in District Court without Prepaying Fees or Costs (Short Form) (DE# 3, 6/8/12) and the Motion to Be Allowed to Represent Plaintiff (DE# 4, 6/8/12). Having reviewed the motions and being duly advised in the premises, it is

ORDERED AND ADJUDGED that the Application to Proceed in District Court without Prepaying Fees or Costs (Short Form) (DE# 3, 6/8/12) is **DENIED**. The application is not signed by the plaintiff/petitioner. It is further

ORDERED AND ADJUDGED that the Motion to Be Allowed to Represent Plaintiff (DE# 4, 6/8/12) is **DENIED**. The movant's reliance on 8 C.F.R. § 1292.1(a)(2) &(iii) is misplaced. Sub-section 1292.1(a)(2) & (iii) applies to proceedings before the Board of Immigration Appeals, the Immigration Courts or the Department of Homeland Security, not federal court proceedings. See 8 C.F.R. § 1292.3. "With rare exception, non-attorneys are not permitted to represent others in a legal capacity, and the exceptions to this rule are limited in scope." Baker v. McDonough, 2006 WL 3266469 *1 (N.D. Fla. Nov. 8, 2006) (citing Wolff v. McDonnell, 418 U.S. 539, 577-80 (1974),

Guajardo v. Luna, 432 F.2d 1324, 1325 (5th Cir. 1970); Herrera-Venegas v. Sanchez-Rivera, 681 F.2d 41, 42 (1st Cir. 1982)).  "[T]he requirement that only licensed lawyers may represent others in court is a reasonable rule that does not offend any constitutional guarantee."  Guajardo, 432 F.2d at 1324.

     DONE AND ORDERED, in Chambers, at Miami, Florida, this **13th** day of June, 2012.

                                     JOHN J. O'SULLIVAN
                                     UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Lenard
All Counsel of Record

Chambers sent copies via U.S. Mail to:

Camilo Manuel Ruiz Aguila,
2999 SW 2nd St., Apt. 6
Miami, FL 33135

Armando C. Santana
Attorney's Legal Support Services, Inc.
3780 West Flagler Street
Coral Gables, FL 33134